_____

From: Terri Gale <tlsgale@gmail.com>
Sent: Wednesday, April 5, 2023 2:28 PM
To: Ruben Castro <Ruben_Castro@txs.uscourts.gov>
Subject: Letter for Judge Edison

CAUTION - EXTERNAL:

Ruben - can you please provide the attached correspondence to Judge Edison?
In addition to the brief letter, I have also attached the City Council Agenda and documentation packet from 01/04/2023 (mislabeled by the city as 2022) and a copy of the Carl Joiner deposition in the referenced case.
Please let me know if you have any questions. Thank you for your assistance.

Best Regards,

Theresa L. (Terri) Gale

tlsgale@gmail.com<mailto:tlsgale@gmail.com>

281.798.8533

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



| Letter to Ju...n Final.pdf | 2022-01-0...- Final.pdf | Jones Mar...r Depo.pdf |
| --- | --- | --- |
| 66 KB | 10.5 MB | 9.8 MB |