United States District Court
Southern District of Texas
**ENTERED**
September 11, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| T&W HOLDING CO., LLC, *et al.*, | § § § § | |
| Plaintiffs. | § § | |
| Vs. | § § | NO. 3:22-cv-07 |
| CITY OF KEMAH, TEXAS, | § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

Pursuant to the court's order adopting the Magistrate Judge's memorandum and recommendation, Dkt. 82, it is ordered that this case is dismissed.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 11th day of September 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE